| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Middle District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  Talal Qais Abdulmunem Al Zawawi

**2. Debtor's unique identifier**

For non-individual debtors:
☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
☐ Other _____. Describe identifier _____.

For individual debtors:
☐ Social Security number:   xxx – xx– ____ ____ ____ ____
☐ Individual Taxpayer Identification number (ITIN):   **9** xx – xx – ____ ____ ____ ____
☑ Other  03314489  . Describe identifier  Passport  .

**3. Name of foreign representative(s)**  Colin Diss, Hannah Davie, and Michael Leeds

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Case No. BR-2020-000300, High Court of Justice, United Kingdom

**5. Nature of the foreign proceeding**

*Check one:*
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☐ Yes

Debtor __Talal Qais Abdulmunem Al Zawawi__     Case number (*if known*)_____
          Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   United Kingdom

   **Debtor's registered office:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Individual debtor's habitual residence:**

   25 Clancarty Road
   Number    Street

   _____
   P.O. Box

   London, SW6 3A
   City    State/Province/Region    ZIP/Postal Code

   United Kingdom
   Country

   **Address of foreign representative(s):**

   30 Finsbury Square
   Number    Street

   _____
   P.O. Box

   London EC2A 1AG
   City    State/Province/Region    ZIP/Postal Code

   United Kingdom
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ❏ Non-individual (*check one*):

       ❏ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ❏ Partnership

       ❏ Other. Specify: _____

    ☑ Individual

Debtor  Talal Qais Abdulmunem Al Zawawi               Case number *(if known)*_____
         Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_____        COLIN DISS_____
Signature of foreign representative       Printed name

Executed on  03/23/2021
             MM / DD / YYYY

✗ _____        _____
Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ */s/ Leyza F. Blanco*_____        Date  03/24/2021
Signature of Attorney for foreign representative       MM / DD / YYYY

Leyza F. Blanco
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number        Street

Miami                                          FL           33131
City                                           State        ZIP Code

(305) 372-8282                                 lblanco@sequorlaw.com
Contact phone                                  Email address

104639                                         FL
Bar number                                     State